United States District Court
Southern District of Texas
**ENTERED**
April 19, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **IGNACIO HERNANDEZ** | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:15-CV-01360 |
| vs. | § § | Removed from 190th District Court of |
| **JUAN FUENTES BARROSO, ET AL** | § § | Harris County, Texas |
| **Defendants** | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, **Ignacio Hernandez,** (hereinafter "Plaintiff"), and **Withers/Suddath Relocation Systems, Inc.** (incorrectly named as "Suddath Relocation Systems, Inc.") and **Juan Fuentes Barroso** (hereinafter "Defendants") appeared and announced to the Court that Plaintiff's claims that he asserted or which he could have asserted in this lawsuit have been settled to Plaintiff's satisfaction, and therefore Plaintiff no longer desires to prosecute this action.

It is accordingly, ORDERED, ADJUDGED, and DECREED as follows:

1. That all of the claims that Plaintiff Ignacio Hernandez has asserted or that he might have asserted against Defendants are hereby DISMISSED WITH PREJUDICE to Plaintiff's right to assert them before this or any other Court;

2. Each side will bear its own Court costs;

3. That all relief not specifically granted is DENIED;

4. This order disposes of all issues and parties contained in this lawsuit.

Signed on this the <u>19th</u> day of <u>April</u>, 2015.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND SUBSTANCE:**

**COTTEN, SCHMIDT & ABBOTT, LLP**
Attorneys for Defendant
P. O. Box 2728
Corpus Christi, Texas  78403-2728
Tel (361) 888-8041     Fax (361) 888-8222

By_____
    Luis R. Rodriguez
    State Bar No. 24013416
    *lrodriguez@csa.com*

**HIGDON LAWYERS**
601 Sawyer, Ste. 210
Houston, TX  77007
Telephone:  713-223-7300
Fax:  713-223-7331

By:_____
    Paul Higdon
    State Bar No. 09590700
    *Attorneys for Plaintiff*